1  GIRARDI | KEESE
   THOMAS V. GIRARDI, State Bar No. 36603
2  tgirardi@girardikeese.com
   JAMES G. O'CALLAHAN, State Bar No. 126975
3  jgocallahan@girardikeese.com
   KELLY CHRISTINA WINTER, State Bar No. 291398
4  kwinter@girardikeese.com
   1126 Wilshire Boulevard
5  Los Angeles, California 90017
   Telephone: (213) 977-0211
6  Facsimile: (213) 481-1554

7  Attorneys for Plaintiffs

8

9                UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11

12  DANIEL KIM, an individual; GRACE        Case No.
    KIM, an individual; HANNAH KIM, a
13  minor through her guardian GRACE        **COMPLAINT FOR DAMAGES**
    KIM; FRANCIS S. LEE, an individual;
14  VIVIAN LEE, an individual,              1.  Wrongful Death
                                            2.  Negligent Infliction of Emotional
15              Plaintiffs,                 Distress

16       v.

17  U.S. SECRETARY OF THE
    INTERIOR, U.S. NATIONAL PARK
18  SERVICE, and YOSEMITE
    NATIONAL PARK; DOES 1-20,
19
                Defendants.
20

21

22

23       **COME NOW** Plaintiffs DANIEL KIM, GRACE KIM, HANNAH KIM (by

24  and through her Guardian Ad Litem GRACE KIM), FRANCIS S. LEE, and

25  VIVIAN LEE complain and allege as follows:

26                            **I.**

27                       **INTRODUCTION**

28       1.  This is a civil action by the Plaintiffs DANIEL KIM, GRACE KIM,

                              1

HANNAH KIM (a minor by and through her Guardian Ad Litem GRACE KIM), FRANCIS S. LEE, and VIVIAN LEE seeking damages from this Court related to the wrongful deaths of Decedents DRAGON KIM and JUSTIN LEE.  Further, this a civil action by the Plaintiffs DANIEL KIM, GRACE KIM, and HANNAH KIM (a minor by and through her Guardian Ad Litem GRACE KIM) seeking damages from this Court for negligent infliction of emotional distress related to the wrongful death of Decedent DRAGON KIM.

The instant action arises from the wrongful death of Decedents DRAGON KIM and JUSTIN LEE that occurred on August 14, 2015, when a large oak limb fell upon Decedents tent, thereby causing Decedents' wrongful death.  Plaintiffs DANIEL KIM, GRACE KIM, HANNAH KIM, FRANCIS S. LEE, and VIVIAN LEE bring this lawsuit for the wrongful death of Decedents DRAGON KIM and JUSTIN LEE pursuant to California Code of Civil Procedure § 377.60.

## II.

## PARTIES

2.  Plaintiff DANIEL KIM is a 52 year-old individual residing in Orange County, State of California.  At all times herein relevant the Plaintiff DANIEL KIM was the father of Decedent DRAGON KIM.

3.  Plaintiff  GRACE KIM is a 44 year-old individual residing in Orange County, State of California.  At all times herein relevant the Plaintiff GRACE KIM was the mother of Decedent DRAGON KIM.

4.  Plaintiff HANNAH KIM is a 14 year-old minor residing in Orange County, State of California.  At all times herein relevant the Plaintiff HANNAH KIM was the sister of Decedent DRAGON KIM.

5.  Plaintiff  FRANCIS LEE is a 54 year-old individual residing in Orange County, State of California.  At all times herein relevant the Plaintiff FRANCIS S. LEE was the father of Decedent JUSTIN LEE.

6.  Plaintiff  VIVIAN LEE is a 54 year-old individual residing in Orange

1  County, State of California.  At all times herein relevant the Plaintiff VIVIAN LEE
2  was the mother of Decedent JUSTIN LEE.

3       7.  Defendant U.S. SECRETARY OF THE INTERIOR currently is Sally
4  Jewell with a principal office located at 1849 C Street NW, Washington, DC 20240.

5       8.  Defendant U.S. NATIONAL PARK SERVICE is an agency under the
6  control of the United States Secretary of the Interior with a principal office located
7  at 1849 C Street NW, Washington, DC 20240.

8       9.  Defendant YOSEMITE NATIONAL PARK is a United States National
9  Park located throughout Tuolumne, Mariposa and Madera counties with its national
10 headquarters located at 1849 C Street NW, Washington, DC 20240.

11      10.  That the true names and capacities, whether individual, corporate,
12 associate, or otherwise, of Defendant DOES 1 through 20, inclusive, are unknown to
13 Plaintiffs at this time,  who therefore sue said Defendants by such fictitious names
14 and will ask leave of court to amend this complaint to show their true names and
15 capacities when ascertained.  Said Defendants are sued as principals, and all of the
16 acts performed by them as agents, servants employees within the course and scope
17 of their authority and employment.

18      11.  Whenever Plaintiff refers to any act, deed, or conduct of
19 "DEFENDANT," or "DEFENDANTS," said references mean that Defendants U.S.
20 SECRETARY OF THE INTERIOR, U.S. NATIONAL PARK SERVICE, and
21 YOSEMITE NATIONAL PARK; DOES 1-20 collectively engaged in the act, deed,
22 or conduct by and through one or more of its officers, directors, agents, employees
23 or representatives.

24                                **III.**

25                    **JURISDICTION AND VENUE**

26      12.  The Court has jurisdiction over the claims and parties in this action.  This
27 Court has jurisdiction over violations of the Federal Tort Claims Act, 28 U.S.C. §§
28 2671-2680 pursuant to 28 U.S.C. § 1346 and 28 U.S.C. § 1331.

13.  Venue is proper pursuant to 28 U.S.C. § 1391 in that a substantial part of the events or omissions giving rise to the claim occurred within Yosemite National Park.

## IV.

## FACTUAL ALLEGATIONS

14.  The National Park Service operates Yosemite National Park.  The Park Service charges an entrance fee for admission and camping in the park.

15.  At the time of the incident, DRAGON KIM and JUSTIN LEE were camping in Yosemite National Park and paid the entrance fee.

16.  On August 14, 2015, at approximately 0459 hours, DRAGON KIM and JUSTIN LEE were sleeping when a large oak limb fell on their tent located in site number 29 of the Upper Pines Campground in Yosemite National Park where they were lawfully camping.

17.  Decedent DRAGON KIM died as a result of the trauma sustained in the incident and was declared dead at 0500 hours from the "crushing injuries."

18.  Decedent JUSTIN LEE died as a result of the trauma sustained in the incident and was declared dead at 0530 hours from the "crushing injuries."

19.  At the time of the incident, there were no reports of high winds or precipitation.

20.  At the time of the incident, the DEFENDANTS knew or should have known of the existence of the defect in the tree that caused the death of Decedents DRAGON KIM and JUSTIN LEE.

21.  At the time of the incident, DEFENDANTS knew that park visitors would camp in the area, including the area where the very large tree limb fell.

22.  At the time of the incident, there were no warning sign or barrier in the area of the tree.

23.  Plaintiffs DANIEL KIM, GRACE KIM, and HANNAH KIM were present at the scene of the injury-producing event at the time it occurred.

# V.

## FIRST CAUSE OF ACTION

### (Wrongful Death)

### (As to Plaintiffs Daniel Kim, Grace Kim, Francis S. Lee and Vivian Lee Against All Defendants)

24.  Plaintiffs hereby re-allege and incorporate by reference each and every allegation contained in the foregoing paragraphs as if fully set forth in detail herein.

25.  Plaintiffs' perfected administrative government claim was received by the United States Department of the Interior on or about March 28, 2016.

26.  The United States Department of the Interior never responded to Plaintiffs' claims.

27.  That at all times mentioned herein, DEFENDANTS owned and/or controlled the premises where the subject large oak tree was planted during the relevant time period and was responsible for the maintenance of the premises.

28.  On or about August 14, 2015, DEFENDANTS so negligently and carelessly owned, possessed, maintained, operated, supervised, managed and controlled the aforesaid premises and commercial establishment, as to cause or permit the said area to be in a dangerous, defective, unsafe, hazardous and trap condition, thereby causing a large tree limb to fall upon Decedents' tent directly and proximately causing their wrongful death.

29.  As a proximate result of the negligence of DEFENDANTS as aforesaid, and by reason of the wrongful death thereby caused, Plaintiffs DANIEL KIM and GRACE KIM sustained damages related to the wrongful death of their son, Decedent DRAGON KIM.

30.  As a proximate result of the negligence of DEFENDANTS as aforesaid, and by reason of the wrongful death thereby caused, Plaintiffs FRANCIS LEE and VIVIAN LEE sustained damages related to the wrongful death of their son, Decedent JUSTIN LEE.

COMPLAINT FOR DAMAGES

31.  That DEFENDANTS' negligence was a substantial factor in causing Plaintiffs' harm.

32.  Plaintiffs are informed and believes and thereon alleges that they will continue to incur various losses and expenses, the exact nature and amount of which Plaintiffs do not know at this time.  Plaintiff will offer proof thereon at the time of trial.

33.  That DEFENDANTS failed to use reasonable care in keeping the subject premises in a reasonably safe condition, and that Defendants failed to use reasonable care to discover any unsafe conditions and to repair, replace, or give adequate warning of anything that could be reasonably expected to harm others.

34.  That a condition on DEFENDANTS' property created an unreasonable risk of harm, that Defendants knew or, through the exercise of reasonable care, should have known about the condition, and that DEFENDANTS failed to repair the condition, protect against harm from the condition, or give adequate warning of the condition.

35.  That Decedent DRAGON KIM'S presence on or near the subject premises was lawful and known to DEFENDANTS.

36.  That Decedent JUSTIN LEE'S presence on or near the subject premises was lawful and known to DEFENDANTS.

37.  That DEFENDANTS had sufficient time to discover the unsafe condition, repair the condition, protect against harm from the condition, or adequately warn of the condition and that the dangerous condition was a substantial factor in causing Plaintiffs' harm.

38.  Employees of the Defendant U.S. NATIONAL PARK SERVICE were negligent when they failed to protect Decedent DRAGON KIM from the falling tree limb, failed to warn Decedent DRAGON KIM of the presence of the latent, dangerous tree limb, and failed to make the area safe for visitors.

39.  Employees of the Defendant U.S. NATIONAL PARK SERVICE were

negligent when they failed to protect Decedent JUSTIN LEE from the falling tree limb, failed to warn Decedent JUSTIN LEE of the presence of the latent, dangerous tree limb, and failed to make the area safe for visitors.

40.  DEFENDANTS owed a duty of reasonable care to Plaintiffs', and violated such duty, physically and proximately causing Plaintiffs' to suffer medical costs, economic loss, and pain and suffering.

## VI.

## SECOND CAUSE OF ACTION

### (Negligent Infliction of Emotional Distress)

### (As to Plaintiffs Daniel Kim, Grace Kim, and

### Hannah Kim Against All Defendants)

41.  Plaintiffs hereby re-allege and incorporate by reference each and every allegation contained in the foregoing paragraphs as if fully set forth in detail herein.

42.  As Plaintiffs more particularly describe in the preceding paragraphs, DEFENDANTS, and each of them, were negligent in their ownership, operation, maintenance and control of the hazardous area surrounding the oak tree as herein alleged.

43.  Defendants' negligence caused the death of DRAGON KIM and JUSTIN LEE and injuries to Plaintiffs.

44.  Plaintiffs DANIEL KIM, GRACE KIM, and HANNAH KIM were present at the scene of the incident described herein and witnessed the suffering and death of Decedents DRAGON KIM and JUSTIN LEE.  Plaintiffs DANIEL KIM, GRACE KIM, and HANNAH KIM'S presence on or near the subject premises was lawful and known to DEFENDANTS.   Plaintiffs DANIEL KIM, GRACE KIM, and HANNAH KIM contemporaneously observed the injury-producing incident because they heard the tree branch snap and fall onto their son and brother, Decedent DRAGON KIM.  Plaintiffs DANIEL KIM, GRACE KIM, and HANNAH KIM were closely related to Decedent DRAGON KIM as they were Decedent DRAGON

1  KIM'S father, mother, and sister.

2       45.  Plaintiffs DANIEL KIM, GRACE KIM, and HANNAH KIM were

3  horrified, shocked and troubled as they helplessly watched Decedent DRAGON

4  KIM suffer and die from his injuries.

5       46.  As a proximate result of witnessing this tragic, terrifying incident,

6  Plaintiffs DANIEL KIM, GRACE KIM, and HANNAH KIM suffered and continue

7  to suffer severe emotional distress.

8       47.  As a further proximate result of witnessing this tragic, terrifying incident,

9  Plaintiffs DANIEL KIM, GRACE KIM, and HANNAH KIM have incurred and will

10 continue to incur various expenses and losses associated with emotional distress,

11 shock, anxiety and horror of witnessing the deaths of their loved one, according to

12 proof.

13 ///

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

COMPLAINT FOR DAMAGES

## VII.

### **PRAYER FOR RELIEF**

Wherefore, Plaintiffs prays for judgment against Defendants as hereinafter set forth:

1. Awarding Plaintiffs damages in an amount to be established at the time of trial;

2. For general damages;

3. For past, current, and future medical expenses;

4. For costs of suit herein incurred;

5. For funeral and burial expenses;

6. For the loss of love, companionship, comfort, care, assistance, protection, affection, society, and moral support;

7. For the loss of Decedents' training and guidance;

8. For such other and further relief as the Court may deem proper.


DATED:  October 17, 2016          GIRARDI | KEESE


By: _____
    THOMAS V. GIRARDI
    JAMES G. O'CALLAHAN
    KELLY C. WINTER
    Attorneys for Plaintiffs

9

COMPLAINT FOR DAMAGES