# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KIM, GRACE KIM, HANNAH KIM, a minor through her guardian GRACE KIM, FRANCIS S. LEE, and VIVIAN LEE,<br><br>Plaintiffs,<br><br>v.<br><br>U.S SECRETARY OF THE INTERIOR, U.S. NATIONAL PARK SERVICE, YOSEMITE NATIONAL PARK, and DOES 1-20,<br><br>Defendants.<br>_____/ | Case No. 1:16-cv-01656-LJO-SKO<br><br>**ORDER GRANTING APPLICATION OF GRACE KIM FOR APPOINTMENT AS GUARDIAN AD LITEM FOR HANNAH KIM, A MINOR**<br><br>(Doc. 6) |

Plaintiff Hannah Kim, a minor, filed a complaint on November 22, 2016, through her proposed guardian ad litem, Grace Kim, who, along with Daniel Kim, Francis S. Lee, and Vivian Lee, are also plaintiffs in the action. (Doc. 1.) Plaintiff Grace Kim, the mother of minor Plaintiff Hannah Kim, also submitted a petition to be appointed as Plaintiff Hannah Kim's guardian ad litem. (Doc. 6.)

Good cause appears to appoint Plaintiff Grace Kim as minor Plaintiff Hannah Kim's guardian ad litem pursuant to Federal Rule of Civil Procedure 17(c)(2). Accordingly, IT IS HEREBY ORDERED that Grace Kim be APPOINTED as Guardian Ad Litem for Hannah Kim in the above action.

IT IS SO ORDERED.

Dated:   **November 23, 2016**                            /s/ *Sheila K. Oberto*
                                                                                UNITED STATES MAGISTRATE JUDGE