GIRARDI | KEESE
THOMAS V. GIRARDI, State Bar No. 36603
JAMES G. O'CALLAHAN, State Bar No. 126975
KELLY CHRISTINA WINTER, State Bar No. 291398
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DANIEL KIM, an individual; GRACE KIM, an individual; HANNAH KIM, a minor through her guardian GRACE KIM; FRANCIS S. LEE, an individual; VIVIAN LEE, an individual,, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. SECRETARY OF THE INTERIOR, U.S. NATIONAL PARK SERVICE, and YOSEMITE NATIONAL PARK; DOES 1-20, <br><br> Defendants. | Case No. 1:16-cv-01656-LJO-SKO <br><br> **ORDER GRANTING JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE** |

///
///
///
///
///

1


# JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE

**TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, EACH PARTY, AND TO THE COUNSEL OF RECORD FOR EACH PARTY:**

Plaintiffs DANIEL KIM, GRACE KIM, HANNAH KIM, a minor through her guardian GRACE KIM, FRANCIS S. LEE, and VIVIAN LEE, together with Defendant the United States of America,[1] hereby submit this joint motion to continue the scheduling conference currently set in this matter for February 23, 2017 at 9:45 a.m. in front of Hon. Sheila K. Oberto in the above-captioned Courthouse to a later date for the reasons appearing below.

Plaintiffs filed this action on November 2, 2016.  [Doc. 1].  On December 1, 2016, Plaintiffs filed a Proof that the Summons and Complaint had been served on the U.S. Department of the Interior.  [Doc. 8-10].  However, Federal Rule of Civil Procedure 4(i) requires additional steps to be completed in order to perfect service on the United States.  Service was perfected on or around January 26, 2017, and proof thereof will be filed forthwith.  The United States has 60 days from the date service was perfected to file a response to the complaint.  *See* Fed. R. Civ. P. 12(a)(2).

Counsel for Plaintiffs and counsel for Defendants have met and conferred regarding the upcoming Scheduling Conference.  Counsel for the United States has communicated to counsel for Plaintiffs that he will be traveling on official business from February 6 through February 17, 2017.  Additionally, because the United States is not required to file a response to the complaint before February 23, 2017, counsel for Plaintiff and counsel for the United States respectfully submit that it will be most efficient to continue the conference currently scheduled for February 23,

---

[1] The Complaint names the U.S. Secretary of the Interior, the U.S. National Park Service, and Yosemite National Park as defendants.  However, under 28 U.S.C. §§ 1346(b)(1), 2672, and 2679(a), the only proper defendant in this case is the United States.

2017 to a later date, after the United States has filed a response to the complaint. Accordingly, the parties respectfully request a three-month continuance.

**WHEREFORE**, Plaintiffs DANIEL KIM, GRACE KIM, HANNAH KIM, a minor through her guardian GRACE KIM, FRANCIS S. LEE, and VIVIAN LEE, together with Defendant the United States of America, respectfully request that this Court continue the scheduling conference currently set for February 23, 2017, as well as any corresponding requirements to submit a joint scheduling report.  .

Respectfully submitted,

DATED:  February 9, 2017        **GIRARDI | KEESE**

By:  _____/s/ *Kelly C. Winter*_____
KELLY CHRISTINA WINTER
Attorneys for Plaintiffs

DATED:  February 8, 2017        **PHILLIP A. TALBERT**
**United States Attorney**

By:  _____*/s/ Philip A. Scarborough*_____
PHILIP A. SCARBOROUGH
Assistant United States Attorney
Attorneys for the United States of America

## CERTIFICATE OF CONFERENCE

I hereby certify that in an attempt to resolve the issues described in the above Motion, I conferred with Philip A. Scarborough, counsel for the United States of America, who joined in the request for the relief identified above.

DATED: February 9, 2017          **GIRARDI | KEESE**

By: _/s/ Kelly C. Winter_
KELLY CHRISTINA WINTER
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on counsel for Defendants by providing same via electronic mail and U.S. mail on this, the 9th day of February, 2017.

DATED: February 9, 2017          **GIRARDI | KEESE**

By: _/s/ Kelly C. Winter_
KELLY CHRISTINA WINTER
Attorneys for Plaintiffs

# ORDER

Based on the parties' above "Joint Motion to Continue Scheduling Conference" (Doc. 15), the Court GRANTS the parties' request to continue the Scheduling Conference currently set for February 23, 2017.

Accordingly, the Court **CONTINUES the Scheduling Conference to April 25, 2017, at 10:30 a.m. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto.** The parties shall file their Joint Scheduling Report by no later than April 18, 2017.

IT IS SO ORDERED.

Dated:   **February 10, 2017**                    /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE