PHILLIP A. TALBERT
United States Attorney
PHILIP A. SCARBOROUGH (SBN 254934)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KIM, et al., | CASE NO. 1:16-CV-01656-LJO-SKO |
| Plaintiffs, | STIPULATION TO SUBSTITUTE THE UNITED STATES OF AMERICA AS DEFENDANT |
| v. | |
| U.S. SECRETARY OF THE INTERIOR, et al., | |
| Defendants. | |

Plaintiffs Daniel Kim, Grace Kim, Hannah Kim, Francis S. Lee, and Vivian Lee, and the United States of America jointly stipulate as follows.

Plaintiffs have filed a lawsuit against the U.S. Secretary of the Interior, the U.S. National Park Service, Yosemite National Park, and Does 1-20, under the Federal Tort Claims Act ("FTCA"). *See* ECF 1.

However, pursuant to the FTCA, the only proper defendant is the United States of America. *See* 28 U.S.C. §§ 2674, 2679(a); *see also Woods v. United States*, 720 F.2d 1451, 1452 n.1 (9th Cir. 1983) ("[T]he United States is the only proper defendant in an action brought under the Federal Torts Claims Act."); *Lance v. United States*, 70 F.3d 1093, 1095 (9th Cir. 1995) (affirming dismissal of Doe defendants because "[t]he United States is the only proper defendant in an FTCA action").

Accordingly, Plaintiffs and the United States of America jointly stipulate that the United States shall be substituted as the defendant in the place of the U.S. Secretary of the Interior, the U.S. National

Park Service, and Yosemite National Park, and Does 1-20 shall be dismissed from the suit.

Dated: March 27, 2017

PHILLIP A. TALBERT
United States Attorney

By: *[signature]*
PHILIP A. SCARBOROUGH
Assistant United States Attorney

Attorneys for the United States of America

Dated: March 27, 2017

GIRARDI KEESE

By: *[signature]*

Attorneys for Plaintiffs

[PROPOSED] ORDER

Pursuant to the joint stipulation between Plaintiffs and the United States, the United States of America is substituted as defendant in the place of the U.S. Secretary of the Interior, the U.S. National Park Service, and Yosemite National Park, and Does 1-20 are dismissed from the suit.

IT IS SO ORDERED.

Dated:

_____
HON. LAWRENCE J. O'NEILL
Chief United States District Judge