1  PHILLIP A. TALBERT
   United States Attorney
2  PHILIP A. SCARBOROUGH (SBN 254934)
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5  Philip.Scarborough@usdoj.gov

6  Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| DANIEL KIM, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 1:16-CV-01656-LJO-SKO<br><br>JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND ORDER<br><br>DATE: June 13, 2017<br>TIME: 10:30 a.m.<br>COURT: Courtroom 7, 6th Floor<br>          United States Courthouse<br>          2500 Tulare Street<br>          Fresno, CA 93721<br>JUDGE: Hon. Sheila K. Oberto |
|---|---|

The parties, plaintiffs Daniel Kim, Grace Kim, Hannah Kim, Francis S. Lee, and Vivian Lee, and defendant the United States of America, by and through their undersigned counsel, respectfully submit the following.

By order of the Court dated April 17, 2017, the Court continued the deadline for filing the joint scheduling report until June 6, 2017, and continued the initial scheduling conference until June 13, 2017, because the United States' Motion to Dismiss for Lack of Subject Matter Jurisdiction (ECF 19) was pending before the Court.

As of the time this joint stipulation is filed, the United States' motion to dismiss remains pending. The matter is fully briefed and was submitted for decision without oral argument. *See* ECF 24. The parties jointly stipulate to continue the initial scheduling conference to August 15, 2017, or such other date as may be convenient for the Court, with the joint scheduling report to be filed one week prior to the scheduling conference.

Respectfully submitted,

Dated: June 1, 2017

PHILLIP A. TALBERT
United States Attorney

By: /s/ Philip A. Scarborough
PHILIP A. SCARBOROUGH
Assistant United States Attorney
Attorneys for the United States of America

Dated: June 1, 2017

GIRARDI KEESE

By: /s/ Kelly Winter
KELLY CHRISTINA WINTER
Attorneys for Plaintiff

## ORDER

Good cause appearing, the parties' above stipulated request to continue the initial scheduling conference (Doc. 26) is GRANTED. The scheduling conference currently set for June 13, 2017, at 10:30 a.m., is continued to August 22, 2017, at 10:15 a.m. in Courtroom 7 before Magistrate Judge Sheila K. Oberto. The parties shall file their joint scheduling report no later than August 15, 2017.

IT IS SO ORDERED.

Dated: **June 6, 2017**         /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

JOINT STIPULATION TO CONTINUE SCHEDULING
CONFERENCE AND ORDER

2