PHILLIP A. TALBERT
United States Attorney
PHILIP A. SCARBOROUGH (SBN 254934)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KIM, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | CASE NO. 1:16-CV-01656-LJO-SKO<br><br>JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE AND ORDER<br><br>(Doc. 32)<br><br>DATE:   August 22, 2017<br>TIME:   10:15 a.m.<br>COURT:  Courtroom 7, 6th Floor<br>JUDGE:  Hon. Sheila K. Oberto |

The parties, plaintiffs Daniel Kim, Grace Kim, Hannah Kim, Francis S. Lee, and Vivian Lee, and defendant the United States of America, by and through their undersigned counsel, respectfully move to continue the scheduling conference and the deadline to file the joint scheduling report.

By order of the Court dated June 6, 2017 (ECF 27), the Court continued the deadline for filing the joint scheduling report until August 15, 2017, and continued the initial scheduling conference until August 22, 2017, because the United States' Motion to Dismiss for Lack of Subject Matter Jurisdiction (ECF 19) was pending before the Court.

On June 16, 2017, the Court issued an order granting the United States' motion to dismiss. ECF 28. The Court gave plaintiffs leave to amend. *See id.* at 16. Plaintiffs thereafter filed a First Amended Complaint. ECF 29. The United States has until August 25, 2017, to respond to the First Amended Complaint. *See* ECF 31. The United States intends to file a motion to dismiss the First Amended Complaint. To permit the Court sufficient time to address the anticipated motion to dismiss, the parties

JOINT MOTION TO CONTINUE SCHEDULING
CONFERENCE AND ORDER

1

jointly stipulate and move the Court for an order continuing the initial scheduling conference 90 days, to November 20, 2017, or such other date as may be convenient for the Court, with the joint scheduling report to be filed one week prior to the scheduling conference.

Respectfully submitted,

Dated: August 8, 2017
PHILLIP A. TALBERT
United States Attorney

By: */s/ Philip A. Scarborough*
PHILIP A. SCARBOROUGH
Assistant United States Attorney
Attorneys for the United States of America

Dated: August 9, 2017
GIRARDI KEESE

By: */s/ Kelly C. Winter*
KELLY CHRISTINA WINTER
Attorneys for Plaintiff

**ORDER**

Good cause appearing, the parties' above stipulated request to continue the initial scheduling conference (Doc. 32) is GRANTED. The scheduling conference currently set for August 22, 2017, at 10:15 a.m., is continued to November 21, 2017, at 9:30 a.m. in Courtroom 7 before Magistrate Judge Sheila K. Oberto.[1] The parties shall file their joint scheduling report no later than November 14, 2017.

IT IS SO ORDERED.

Dated: **August 10, 2017**              /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties requested to reset the scheduling conference on Monday, November 20, 2017, but since Magistrate Judge Oberto conducts scheduling conferences on Tuesdays and Thursdays, the date has been adjusted to the following Tuesday.