# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**DANIEL KIM, ET AL.,**

CASE NO: **1:16–CV–01656–LJO–SKO**

v.

**UNITED STATES OF AMERICA, ET AL.,**

_____

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/07/2017**

**Marianne Matherly**
Clerk of Court

ENTERED:   **November 7, 2017**

by: _/s/ E. Flores_____
Deputy Clerk