McGREGOR W. SCOTT
United States Attorney
PHILIP A. SCARBOROUGH (SBN 254934)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KIM, et al., | CASE NO. 1:16-CV-01656-NONE-SKO |
| Plaintiffs, | ORDER |
| v. | (Doc. 64) |
| UNITED STATES, | JUDGE: Hon. Sheila K. Oberto |
| Defendant. | COURT: Courtroom #7, 6th Floor |

Pending before the Court is the parties' joint stipulation and request to modify the scheduling order. (Doc. 64.) Good cause appearing, the request is GRANTED, and the scheduling order is modified as follows:

The parties shall participate in a private mediation on or before **February 26, 2021**.

On or before **March 5, 2021**, the parties shall file a joint status report concerning their mediation efforts.

In light of their agreement to participate in a private mediation, the parties are relieved of the requirement in the Court's prior order to propose dates for a settlement conference before a magistrate judge of this Court. *(See* Doc. 60.) The Court will request dates for a settlement conference following the parties' private mediation, if appropriate.

The remaining deadlines in the Scheduling Order are modified as follows:

Non-Expert Discovery:           **May 28, 2021**

Expert Disclosures:              **September 17, 2021**

| | | |
|---|---|---|
| 1 | Rebuttal Expert Disclosures: | **October 15, 2021** |
| 2 | Expert Discovery: | **December 17, 2021** |
| 3 | Non-Dispositive Motion Filing Deadline: | **November 19, 2021** |
| 4 | Non-Dispositive Motion Hearing: | **December 15, 2021**[1] |
| 5 | Dispositive Motion Filing Deadline: | **February 18, 2022** |
| 6 | Pre-Trial Conference: | **July 18, 2022** at 8:15 a.m. in Courtroom 4 |

All other aspects of the Court's Scheduling Order (Doc. 60) shall remain in effect.

IT IS SO ORDERED.

Dated:   **November 16, 2020**                    /s/ *Sheila K. Oberto*
                                                                       UNITED STATES MAGISTRATE JUDGE

---

[1] Magistrate Judge Oberto conducts law and motion hearings on Wednesdays at 9:30 a.m.