PHILLIP A. TALBERT
Acting United States Attorney
PHILIP A. SCARBOROUGH (SBN 254934)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KIM, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | CASE NO. 1:16-CV-01656-NONE-SKO <br><br> ORDER GRANTING REQUEST TO CONTINUE TEMPORARY STAY OF DISCOVERY <br><br> (Doc. 72) <br><br> JUDGE:   Hon. Sheila K. Oberto |

Pending before the Court is the parties' joint request to continue the temporary stay of discovery. (Doc. 72.)  Good cause appearing, the request is GRANTED.

On January 28, 2021, the parties participated in a mediation with a private mediator.  Although the case did not settle at the mediation, the parties have remained engaged in good faith settlement discussions with the assistance of the mediator since that time and continue to negotiate in good faith.  The parties advise the Court that they believe the most productive way forward is to continue to focus on settlement discussions rather than conducting discovery.  A continuance of the discovery stay is necessary to avoid any question about whether the parties should also have been conducting discovery simultaneously with their settlement efforts and to avoid the expense of discovery that may become unnecessary.  No party will be prejudiced by the requested continuance, which is of a modest duration.  If the case does not settle, the parties can resume discovery after the stay expires.

Accordingly, the Court orders that the stay of all discovery in this matter is CONTINUED until December 30, 2021.  On or before that date, the parties SHALL file a joint status report detailing the status of their mediation efforts and proposing a schedule for the prompt resumption of discovery.

IT IS SO ORDERED.

Dated:   **August 25, 2021**                          /s/ *Sheila K. Oberto*                  
                                                                        UNITED STATES MAGISTRATE JUDGE