**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL KIM, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No.: 1:16-cv-01656-NONE-SKO<br><br>ORDER GRANTING PLAINTIFF GRACE KIM'S MOTION TO REMOVE GRACE KIM AS GUARDIAN AD LITEM OF HANNAH KIM.<br><br>(Doc. 75) |

　　　　On December 13, 2021, Plaintiff Grace Kim filed a motion to remove herself as guardian ad litem for her daughter, Plaintiff Hannah Kim, who was a minor at the time the instant action commenced on November 2, 2016, and reached the age of majority on May 24, 2020.  (Doc. 75.)  On December 14, 2021, Defendant United States of America filed a statement of non-opposition to the motion.  (Doc. 76.)

　　　　Having considered the motion and supporting declarations, and for good cause shown, the Court GRANTS Plaintiff Grace Kim's motion to remove herself as guardian ad litem for Plaintiff Hannah Kim.  *See Saunders v. King Cty.*, No. C10-1456-RSM, 2012 WL 3278920, at *2 (W.D. Wash. Aug. 9,

2012) ("The district court may remove the guardian *ad litem* at any time.") (citing *Hull by Hull v. United States*, 53 F.3d 1125, 1127 n.1 (10th Cir. 1995)).

IT IS SO ORDERED.

Dated:     **December 15, 2021**                    /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE