PHILLIP A. TALBERT
United States Attorney
PHILIP A. SCARBOROUGH (SBN 254934)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KIM, et al., | CASE NO. 1:16-CV-01656-NONE-SKO |
| Plaintiffs, | ORDER CONTINUING STAY |
| v. | (Doc. 78) |
| UNITED STATES, | JUDGE:   Hon. Sheila K. Oberto |
| Defendant. | |

Pending before the Court is the joint request to continue the stay on discovery entered August 25, 2021 (Doc. 73) to April 29, 2022.  Good cause appearing, the request is GRANTED.  The parties represent that they have made substantial progress in their settlement discussions and advise the Court that additional time is necessary to continue the settlement process while avoiding the expense of discovery that may become unnecessary.  No party will be prejudiced by the requested continuance, which is of a limited duration.

///

///

///

///

///

ORDER CONTINUING STAY                    1

Accordingly, the stay of all discovery in this matter is CONTINUED until April 29, 2022. On or before that date, the parties SHALL file a joint status report detailing the status of their settlement discussions and proposing a schedule for the prompt resumption of discovery.

IT IS SO ORDERED.

Dated: **January 3, 2022**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE