PHILLIP A. TALBERT
United States Attorney
PHILIP A. SCARBOROUGH (SBN 254934)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KIM, et al., | CASE NO. 1:16-CV-01656-JLT-SKO |
| Plaintiffs, | NOTICE OF SETTLEMENT |
| v. | JUDGE:   Hon. Sheila K. Oberto |
| UNITED STATES, | |
| Defendant. | |

**NOTICE OF SETTLEMENT**

Pursuant to Local Rule 160(a), plaintiffs Daniel Kim, Grace Kim, Hannah Kim, Francis S. Lee, and Vivian Lee ("Plaintiffs") and defendant the United States, by and through their undersigned counsel, hereby notify the Court that the parties have reached a settlement as to all claims in this proceeding. The parties accordingly request that the Court enter an order vacating all pending dates and setting a deadline sixty days from the date of this notice for Plaintiffs to file dispositional documents. Good cause for the request exists because the time is necessary to effectuate the terms of the settlement.

A proposed order is submitted herewith.

//
//
//
//
//

Respectfully submitted,

Dated: April 1, 2022
PHILLIP A. TALBERT
United States Attorney

By: */s/ Philip A. Scarborough*
PHILIP A. SCARBOROUGH
Assistant United States Attorney

Attorneys for the United States

Dated: April 1, 2022
SHERMAN & SHERMAN APC

By: */s/ Andre Sherman* (as authorized on April 1, 2022)
ANDRE SHERMAN
Attorneys for Plaintiffs Daniel Kim, Grace Kim, Hannah Kim, Francis S. Lee, and Vivian Lee