PHILLIP A. TALBERT
United States Attorney
PHILIP A. SCARBOROUGH (SBN 254934)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KIM, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>UNITED STATES,<br><br>            Defendant. | CASE NO. 1:16-CV-01656-JLT-SKO<br><br>STIPULATION TO DISMISS ALL CLAIMS WITH PREJUDICE |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Court's minute order dated April 4, 2022 (ECF 83), plaintiffs Daniel Kim, Grace Kim, Hannah Kim, Francis S. Lee, and Vivian Lee and defendant the United States, by and through their respective undersigned counsel, stipulate to dismiss all remaining claims in this action with prejudice.  A dismissal under Rule 41(a)(1)(A)(ii) is effective immediately without further order from the Court.

IT IS SO STIPULATED.

Dated:  May 11, 2022

PHILLIP A. TALBERT
United States Attorney

By: */s/ Philip A. Scarborough*
PHILIP A. SCARBOROUGH
Assistant United States Attorney

Attorneys for the United States

Dated:  May 11, 2022

SHERMAN & SHERMAN APC

By: */s/ Andre Sherman* (as authorized on May 11, 2022)
ANDRE SHERMAN
Attorneys for Plaintiffs Daniel Kim, Grace Kim, Hannah Kim, Francis S. Lee, and Vivian Lee