UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KIM, et al., | Case No. 1:16-cv-01656-JLT-SKO |
| Plaintiffs, | ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE |
| v. | (Doc. 84) |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

On May 11, 2022, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 84.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **May 12, 2022**                    /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE